PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
May 19, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0103 JAM |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO SEAL INDICTMENT |
| CHANELL EASTON,<br>  aka CHANELL BRIGHT,<br>  aka CHANELL CHENEY, | |
| Defendant. | |

On May 19, 2022, the United States of America (the "government") presented to the grand jury now in session in the City of Sacramento, California, one proposed indictment charging the defendant with violations of 18 U.S.C. § 1343 – Wire Fraud (22 counts), and 18 U.S.C. § 1028A – Aggravated Identity Theft (2 counts). The grand jury returned this indictment to the Court today. The government believes that the defendant would pose a risk of flight and a danger to the community if the charge in the indictment became public prior to her arrest. Accordingly, the government respectfully requests that the Court exercise its authority under Rule 6(e)(4) of the Federal Rules of Criminal Procedure and order that the indictment, the government's request to seal, and the Order to Seal be sealed until the defendant is arrested or until further order of the Court.

///

///

///

Dated: May 19, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
CHRISTOPHER S. HALES
Assistant United States
Attorneys