PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 19, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANELL EASTON,<br>  aka CHANELL BRIGHT,<br>  aka CHANELL CHENEY,<br><br>Defendant. | CASE NO. 2:22-cr-0103 JAM<br><br>[PROPOSED] SEALING ORDER<br><br><u>UNDER SEAL</u> |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment, the United States' request to seal, and the Order to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: May 19, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE