| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 5 | Douglas_Beevers@fd.org |
| 6 | Attorney for Defendant |
| | CHANELL EASTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00103-JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEARANCE AND** |
| | ) **DESIGNATION OF COUNSEL** |
| CHANELL EASTON | ) |
| Defendant. | ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for Chanell Easton, and designate counsel for service as follows:

>DOUGLAS BEEVERS
>Assistant Federal Defender
>801 I Street, 3rd Floor
>Sacramento, CA 95814
>Telephone: (916) 498-5700
>Douglas_Beevers@fd.org

I hereby certify that I am an attorney admitted to practice in this court.

Dated: May 31, 2022

>*/s/ Douglas Beevers*
>DOUGLAS BEEVERS
>Assistant Federal Defender
>Attorney for Defendant
>CHANELL EASTON

NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL　　-1-