HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DOUGLAS BEEVERS, SBN 288639
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
CHANELL EASTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00103-JAM |
|---|---|
| Plaintiff, | ) **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | ) |
| CHANELL EASTON, | ) Date: June 8, 2022 |
| Defendant. | ) Time: 2:00 P.M. |
|  | ) Judge: Hon. Kendall J. Newman |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Ms. Easton, having been advised of her right to appear in person for her initial appearance, as well as of the ability to waive her personal appearance and appear via video-teleconference, has elected waived his right to personally appear at her June 8, 2022 initial appearance, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, she consents to appear via teleconference. Ms. Easton currently resides in Oklahoma and traveling to California would be a hardship.

```
```

Ms. Easton further agrees that the initial appearance in this matter cannot be further delayed without serious harm to the interests of justice, within the meaning of General Order 614.

Finally, Ms. Easton consents to counsel signing this waiver on her behalf, pursuant to General Order 616. She stipulates that i) obtaining his wet signature is both impractical and imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding this matter; and iii) after said consultation, he consents to his counsel signing this order electronically on his behalf.

                Respectfully submitted,

Date: June 6, 2022          /s/ CHANELL EASTON
                                  CHANELL EASTON
                                  DEFENDANT

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: June 6, 2022          /s/ Douglas Beevers
                                  DOUGLAS BEEVERS
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  CHANELL EASTON

**O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616. Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the June 8, 2022 initial appearance is GRANTED.

IT IS SO ORDERED.

Dated:  June 7, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE