## SPECIAL CONDITIONS OF RELEASE

Re: Chanell Easton  
No.: 2:22-CR-00103-JAM  
Date: June 8, 2022

1. The defendant must not violate federal, state, or local law while on release;

2. The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702;

3. The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number;

4. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

5. The defendant must sign an Appearance Bond, if ordered;

6. Submit to supervision by and report for supervision to the Pretrial Services Officer, no later than noon the following business day;

7. Surrender any U.S. passport, foreign passport, and/or other documents used for international travel to: the U.S. Probation Office, Western District of Oklahoma, no later than noon the following business day;

8. Not obtain a passport or other international travel document;

9. Abide by the following restrictions on personal association, residence, or travel: travel restricted to the Western District of Oklahoma and the Eastern District of California for court purposes only, unless pre-approved by USPO;

10. Get medical or psychiatric treatment as directed by USPO;

11. Not possess a firearm, destructive device, or other weapon;

12. Not use alcohol at all;

13. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;

14. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the e11uciency and accuracy of prohibited substance screening or testing.

15. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer;

16. Report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops;

17. Contribute to the cost of treatment service rendered (co-payment) in an amount to be determined by the pretrial services office or supervising officer, based on the defendant's ability to pay; and

18. Notify all employers of the pending federal charge when employed in a fiduciary capacity and at the direction of the USPO and grant the USPO permission to verify employers' notification.