PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                  v.<br><br>CHANELL EASTON,<br><br>                          Defendant. | CASE NO. 2:22-CR-00103-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER<br><br>DATE: August 23, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Chanell Easton, by and through her counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status hearing on August 23, 2022.

2.      By this stipulation, the defendant now moves to continue the hearing until December 6, 2022, and to exclude time between August 23, 2022, and December 6, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Counsel for the defendant needs additional time to meet with the defendant.

b)      Counsel for the defendant believes that failure to grant the above-requested continuance would unreasonably deny her client continuity of counsel.

c)      The government has produced discovery associated with this case which includes over 49,000 pages of documents. Counsel for the defendant desires additional time to review and analyze this discovery, discuss proposed resolutions with her client, explore potential

defenses, and otherwise prepare for trial.

d)  Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)  The government does not object to the continuance.

f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 23, 2022, to December 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4

5    IT IS SO STIPULATED.

6

7    Dated:  August 10, 2022                                    PHILLIP A. TALBERT
                                                               United States Attorney
8

9                                                              /s/ ELLIOT C. WONG
                                                               ELLIOT C. WONG
10                                                             Assistant United States Attorney

11

12   Dated:  August 10, 2022                                   /s/ DOUGLAS BEEVERS
                                                               DOUGLAS BEEVERS
13                                                             Counsel for Defendant
                                                               CHANELL EASTON
14

15

16

17                              **[PROPOSED] ORDER**

18        IT IS SO FOUND AND ORDERED this _____ day of August, 2022.

19

20                                                             THE HONORABLE JOHN A. MENDEZ
                                                               UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28