PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00103-JAM |
| Plaintiff, | **STIPULATION TO WAIVE JURY TRIAL; ORDER** |
| v. | |
| CHANELL EASTON, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendant Chanell Easton, by and through her counsel of record, hereby stipulate to waive a jury trial in this matter and proceed with a nonjury trial pursuant to Fed. R. Crim P. 23.

a)      Defendant fully understands her rights under the Sixth Amendment to the United States Constitution and Fed. R. Crim. P. 23 to be tried by jury.  She knowingly and intelligently waives a jury trial pursuant to Fed. R. Crim. P. 23(a)(1).

b)      The United States hereby consents to waive a jury trial pursuant to Fed. R. Crim. P. 23(a)(2).

1

1

Dated:  November 8, 2023

PHILLIP A. TALBERT
United States Attorney

2

3

*/s/ ELLIOT C. WONG*
ELLIOT C. WONG
Assistant U.S. Attorney

4

5

Dated:  November 8, 2023

*/s/ ADAM GASNER*
ADAM GASNER
Counsel for Defendant
Chanell Easton

6

7

8

9

10

**ORDER**

11

The Court having read and considered the parties' stipulation, and good cause appearing,

12

**APPROVES** the waiver of jury trial in this matter pursuant to Fed. R. Crim. P. 23(a).  Trial in this

13

matter will proceed without a jury pursuant to Fed. R. Crim. P 23(c).

14

15

Dated:  November 08, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER

2