```
PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00103-JAM |
|---|---|
| Plaintiff, | **STIPULATION TO SET PRETRIAL MOTION SCHEDULE; ORDER** |
| v. | |
| CHANELL EASTON, | |
| Defendant. | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Chanell Easton, by and through her counsel of record, hereby stipulate to the following pretrial motions schedule:

    a)    All pretrial motions shall be filed on or before **December 19, 2023**.

    b)    Oppositions to pretrial motions shall be filed on or before **January 9, 2024**.

    c)    Optional reply briefs shall be filed on or before **January 30, 2024**.

    d)    Hearing on pretrial motions shall be held at the Trial Confirmation Hearing, currently scheduled for **February 13, 2024**.

| | |
|---|---|
| Dated: November 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ ELLIOT C. WONG*<br>ELLIOT C. WONG<br>Assistant U.S. Attorney |
| Dated: November 8, 2023 | */s/ ADAM GASNER*<br>ADAM GASNER<br>Counsel for Defendant<br>Chanell Easton |

**ORDER**

IT IS SO ORDERED.

Dated: November 08, 2023          /s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE