PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHANELL EASTON,<br><br>                    Defendant. | CASE NO.  2:22-CR-00103-JAM<br><br>STIPULATION TO HOLD ARRAIGNMENT VIA VIDEO TELECONFERENCING; [~~PROPOSED~~] ORDER |

**<u>STIPULATION</u>**

Plaintiff United States of America, by and through its counsel of record, and Defendant Chanell Easton, by and through her counsel of record, hereby stipulate to hold the Defendant's arraignment on the superseding indictment via video teleconference pursuant to Fed. R. Crim P. 10(c).

     a)    Defendant fully understands her rights under the Federal Rules of Criminal Procedure to have her arraignment conducted in open court in person.  She knowingly, voluntarily, and intelligently consents to proceed with her arraignment via video teleconference pursuant to Fed. R. Crim. P. 10(c).

     b)    Good cause exists to proceed with arraigning the Defendant on the superseding indictment via video teleconference because she lives in Oklahoma and has a waiver of appearance on file with the Court.

     c)    The United States does not oppose proceeding to arraign the Defendant on the

superseding indictment via video teleconference.

Dated: February 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant U.S. Attorney

Dated: February 8, 2024

/s/ ADAM GASNER
ADAM GASNER
Counsel for Defendant
Chanell Easton

## [~~PROPOSED~~] ORDER

The Court having read and considered the parties' stipulation, and good cause appearing, approves to proceed with the Defendant's arraignment on the superseding indictment via video teleconference pursuant to Fed. R. Crim. P. 10(c). Arraignment will be set for February 9, 2024 at 1:30 p.m. via video teleconference.

DATED: February 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE