PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHANELL EASTON,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:22-cr-00103-JAM<br><br>**STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; ORDER**<br><br>DATE: June 18, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Chanell Easton, by and through her counsel of record, hereby stipulate as follows:

1. On October 17, 2023, Defendant pleaded guilty to counts 1-22 of the indictment without the benefit of a plea agreement. Then, on March 4, 2024, Defendant was convicted at trial of counts 1-2 of the superseding indictment.

2. By previous order, this matter was set for a sentencing hearing on June 18, 2024.

3. The draft presentence report was disclosed to the parties on May 17, 2024.

4. By this stipulation, the parties now move to continue the sentencing and disposition hearing until **August 06, 2024, at 09:00 a.m.**

5. The parties further agree and stipulate to the following:

　　a)　**July 9, 2024**: Informal objections.

　　b)　**July 16, 2024**: Final PSR.

STIPULATION REGARDING SENTENCING　　　　　　　1

      c)    **July 23, 2024**: Corrections.

      d)    **July 30, 2024**: Replies and sentencing memoranda.

      e)    **August 6, 2024 at 9:00 a.m.**: Sentencing.

IT IS SO STIPULATED.

Dated: May 22, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: May 22, 2024

/s/ ADAM GASNER
ADAM GASNER
Counsel for Defendant
CHANELL EASTON

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: May 22, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE