1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT C. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:22-cr-00103-JAM

12              Plaintiff,                 **ORDER SEALING DOCUMENTS AS SET
                                           FORTH IN GOVERNMENT'S NOTICE**
13         v.

14  CHANELL EASTON,

15              Defendant.

ORDER                                      1

Pursuant to Local Rule 141(b) and based on the representations contained in the government's Request to Seal Documents, IT IS HEREBY ORDERED that Exhibits A-D to the United States' Reply to Defendant's Formal PSR Objections (ECF 82), and the United States' Request to Seal Documents shall be **SEALED** until further order of this Court.

It is further **ORDERED** that access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Request to Seal Documents, sealing the identified documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.

In light of the public filing of the Notice of Request to Seal, the Court further finds that there are no additional alternatives to sealing the exhibits and the Request to Seal Documents that would adequately protect the compelling interests identified by the government.

Dated: August 14, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE