ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:	415-782-6000
Facsimile:	415-782-6011
E-Mail:	adam@gasnerlaw.com

Attorney for Defendant
CHANELL EASTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>         v.<br><br>CHANELL EASTON,<br><br>                      Defendant. | CASE NO.  2:22-cr-00103-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING**<br><br>DATE: November 19, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
|---|---|

## STIPULATION

Defendant Chanell Easton, by and through her counsel of record and Plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

This matter is set for a restitution hearing on November 19, 2024.  By this stipulation, the defendant now moves to continue the hearing until January 7, 2025. The parties agree and stipulate, and request that the Court find the following:

1. The parties need additional time to negotiate the restitution amount.
2. Counsel for the defendant will be unavailable on the captioned date due to out of state travel.

//

IT IS SO STIPULATED.

Dated: November 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: November 8, 2024

/s/ ADAM GASNER
ADAM GASNER
Counsel for Defendant
CHANELL EASTON

## ORDER

IT IS HEREBY ORDERED that the **restitution hearing**, currently set for Tuesday, November 19, 2024, at 9:00 a.m., shall be **CONTINUED** to **Tuesday, January 07, 2025, at 09:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

Dated: November 12, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

2

Stipulation and Order to Continue
No. 2:22-cr-00103-JAM