ADAM G. GASNER (SBN 201234)
Law Chambers Building
345 Franklin Street
San Francisco, CA  94102
Telephone:     415-782-6000
Facsimile:     415-782-6011
E-Mail:        adam@gasnerlaw.com

Attorney for Defendant
CHANELL EASTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>CHANELL EASTON,<br><br>                              Defendant. | CASE NO.  2:22-cr-00103-JAM<br><br>**STIPULATION TO CONTINUE RESTITUTION HEARING &**<br><br>ORDER<br><br>DATE: January 7, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Defendant Chanell Easton ("Ms. Easton"), by and through her counsel of record and Plaintiff United States of America (the "government"), by and through its counsel of record, hereby stipulate as follows:

This matter is set for a restitution hearing on Tuesday, January 7, 2025.  By this stipulation, the defendant now moves to continue the hearing until **Tuesday, February 25, 2025 at 09:00 a.m.** The parties agree and stipulate, and request that the Court find the following:

    1.   The parties need additional time to negotiate the restitution amount.

    2.   On December 2, 2024, Ms. Easton surrendered to the Bureau of Prisons and since that time, defense counsel has been unable to communicate with Ms. Easton regarding issues relevant to restitution.  Defense counsel's

1

expectation is Ms. Easton will be able to communicate with counsel via the CORRLINKS email platform, which requires the inmate to send the lawyer an invitation. Defense counsel's experience is such that a period of between 2-4 weeks is required from the surrender date to when inmates are able to initiate CORRLINKS invitations.

IT IS SO STIPULATED.

Dated:  December 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/  *ELLIOT C. WONG*
ELLIOT C. WONG
Assistant United States Attorney

Dated:  December 16, 2024

/s/ *ADAM GASNER*
ADAM GASNER
Counsel for Defendant
CHANELL EASTON

## ORDER

IT IS HEREBY ORDERED that the restitution hearing, currently set for Tuesday, January 7, 2025, at 9:00 a.m., shall be CONTINUED to Tuesday, **February 25, 2025, at 09:00 a.m.**

Dated: December 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation/Order Allowing Continuance
No. 2:22-cr-00103-JAM

**GASNER CRIMINAL LAW**
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102