| | |
|---|---|
| 1 | MICHELE BECKWITH |
| | Acting United States Attorney |
| 2 | ELLIOT WONG |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-00103-JAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF RESTITUTION HEARING; ORDER** |
| v. | |
| CHANELL EASTON, | DATE: February 25, 2025 |
| | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

STIPULATION REGARDING RESTITUTION HEARING         1

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Chanell Easton, by and through her counsel of record, hereby stipulate as follows:

1. On October 17, 2023, Defendant pleaded guilty to counts 1-22 of the indictment without the benefit of a plea agreement. Then, on March 4, 2024, Defendant was convicted at trial of counts 1-2 of the superseding indictment.

2. Defendant was sentenced in this case on August 20, 2024. The matter of restitution, however, was set over for a restitution hearing. The restitution hearing is currently scheduled for February 25, 2025.

3. By this stipulation, the parties now move to continue the restitution hearing until **April 08, 2025, at 09:00 a.m.** The parties are working towards resolving the matter of restitution and need additional time to do so.

IT IS SO STIPULATED.

Dated: February 14, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: February 14, 2025

/s/ ADAM GASNER
ADAM GASNER
Counsel for Defendant
CHANELL EASTON

**ORDER**

IT IS SO ORDERED.

Dated: February 18, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING RESTITUTION HEARING    2