MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CHANELL EASTON,<br><br>                    Defendant. | CASE NO. 2:22-cr-00103-JAM<br><br>**STIPULATION AND ORDER SETTING RESTITUTION**<br><br>DATE:  APRIL 8, 2025<br>TIME:  9:00 A.M.<br>COURT: Hon. JOHN A. MENDEZ |

STIPULATION AND ORDER                       1

## STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Chanell Easton, by and through her counsel of record, hereby stipulate as follows:

1. On October 17, 2023, Defendant pleaded guilty to counts 1-22 of the indictment without the benefit of a plea agreement. Then, on March 4, 2024, Defendant was convicted at trial of counts 1-2 of the superseding indictment.

2. On August 20, 2024, Defendant was sentenced to serve 37 months on counts 1-22 of the indictment, to be served concurrently, and 24 months on counts 1 and 2 of the superseding indictment, to run concurrently but served consecutively to the terms imposed on counts 1-22, for a total term of 61 months. The court deferred the issue of restitution and set a restitution hearing.

3. The restitution hearing is currently set for April 8, 2025.

4. The parties agree and stipulate to the following:

    a) Defendant's conduct is governed by the Mandatory Restitution Act pursuant to 18 U.S.C. § 3663A(c)(1)(A)(ii) and Defendant agrees to pay the full amount of restitution to all victims affected by this offense.

    b) Defendant shall pay restitution to CHURCH 1 in the total amount of $361,099.54.

    c) Defendant agrees that restitution, will be due in full immediately and subject to immediate enforcement by the government. Defendant agrees that any payment schedule or plan set by the court is merely a minimum and does not foreclose the United States from collecting all criminal monetary penalties at any time through all available means.

    d) The restitution hearing, currently set for April 8, 2025, shall be vacated.

IT IS SO STIPULATED

Dated: 2/26/25

                                          /s/ ADAM GASNER
                                        ADAM GASNER
                                        Attorney for Defendant

Dated: 2-16-25

/s/ C. Easton
CHANELL EASTON
Defendant

Dated: 2/26/25

MICHELE BECKWITH
Acting United States Attorney

 /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

**ORDER**

Pursuant to the Mandatory Restitution Act, 18 U.S.C. § 3663A, Defendant shall pay restitution to CHURCH 1 in the total amount of **$361,099.54**. The restitution hearing, currently set for April 08, 2025, shall be **VACATED**.

IT IS SO ORDERED.

Dated: February 28, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE